ACCEPTED
01-15-00223-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 11:44:24 AM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS

### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 11:44:24 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| KELLY GAVIN, | § | |
| | § | |
| *Appellant*, | § | No. 01-15-00223-CV |
| | § | |
| v. | § | |
| | § | |
| PAMELA S. FROESCHNER and | § | |
| ROBERT S. EVANS | § | |
| | § | |
| *Appellees*. | § | |

### APPELLEES' OBJECTION TO MEDIATION

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellees Froeschner and Evans, in compliance with the Court's mediation order, file their objection to the referral to mediation.

1.     By Order entered April 3, 2015, the Court ordered the parties to mediation without a stay of briefing. The Court's order provides the parties ten days to object to the referral to mediation. Appellees timely file their objection.

2.     This is an appeal from a summary judgment in favor of two members of the board of directors for a non-profit organization, AIDS Coalition of Coastal Texas, Inc. ("ACCT") and for the Galveston AIDS Foundation, Inc., another non-profit that worked closely with ACCT. Appellant is a former at-will employee of the non-profit ACCT who voluntarily resigned from her employment. Thereafter she

claimed she was the victim of intentional infliction of emotion distress and slander, and that there had been interference with her economic and contractual relations.

3. Appellees Froeschner and Evans, who serve on the board of directors of a non-profit organization, are immune from liability under the Texas Non-Profit Corporation Act, Tex. Civ. Prac. & Rem. Code Ann. Chapter 84. Their immunity was one of the grounds on which they sought summary judgment.

4. Appellees object to the referral to mediation because they believe mediation will not be of assistance in resolving this litigation. Appellees and others were critical of several aspects of appellant's job performance; she thereafter filed a grievance in December 2010 that was fully investigated by the non-profit's Grievance Committee. The committee's report contained no finding of wrongdoing by appellees, and no finding of any merit to appellant's claims. The February 2011 report of the committee encouraged the parties to resolve hurt feelings and misunderstandings. Appellant resigned employment more than one year later on May 1, 2012. She filed suit in 2013 seeking in excess of $100,000 in damages.

5. ACCT is a non-profit corporation that provides community-based education and services for people living with HIV/AIDS in Galveston, Brazoria, and Matagorda counties. Its clients are the general public and people that are HIV-

positive. Appellees Froeschner and Evans are unpaid volunteer board members who have immunity from suit. For these reasons, they object to mediation. Mediation will be an additional expense to the parties and will not result in any resolution of appellant's claims.

6. Appellees requests the Court vacate its Order of referral of April 3, 2015, and allow the appeal to proceed on the existing briefing schedule. Appellees further request the Court grant any other relief it finds would be appropriate.

Respectfully submitted,

MILLS SHIRLEY L.L.P.


By: */s/ George W. Vie III*
George W. Vie III
State Bar No. 20579310
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
(713) 571-4232
Fax (713) 893-6095
*gvie@millsshirley.com*

Attorneys for Appellees

## CERTIFICATE OF SERVICE

As required by Tex. R. App. P. 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties – which are listed below – on April 13, 2015, as follows:

Maurice Bresenhan, Jr.
Zukowski & Bresenhan & Sinex & Petry, L.L.P.
1177 West Loop South, Suite 1100
Houston, Texas 77027

Attorney representing appellant:

By:     □     personal delivery
        X     e-service
        □     commercial delivery service
        □     fax


                                    */s/ George W. Vie III*
                                    George W. Vie III